```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Madalyn Fischer</u>

    v.                              Civil No. 08-cv-00479-JL

<u>State of New Hampshire, et al.</u>

## O R D E R

    Pursuant to Judge Justo Arenas' order (document no. 6, case no. 09-cv-090-JL) the documents submitted by plaintiff and inadvertently docketed in that case do not alter any rulings issued by the court in this case prior to March 16, 2009, and the case remains closed.

    The deputy clerk shall contact the plaintiff and inquire whether she wishes the documents be returned to her or to any counsel or agency she designates.

    **SO ORDERED.**

                                            _____
                                          Joseph N. Laplante
                                          United States District Judge

Dated:    July 22, 2009

cc:  Madelyn Fischer, pro se
     Laura E. B. Lombardi, Esq.